JEFFREY W. KRAMER (SBN 71547)
CHRISTOPHER A. LILLY (SBN 192479)
JACOB M. HARPER (SBN 259463)
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:  (310) 201-4746
Email:      jkramer@troygould.com
            clilly@troygould.com
            jharper@troygould.com

Attorneys for Defendants
THE KROGER COMPANY and
RALPHS GROCERY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY WEISS, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>  v.<br><br>THE KROGER COMPANY, an Ohio corporation, RALPHS GROCERY COMPANY, an Ohio corporation and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:14-cv-03780-R-MRW<br><br>PROOF OF PERSONAL SERVICE OF DEFENDANTS THE KROGER COMPANY AND RALPHS GROCERY COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |

**TroyGould PC**

PROOF OF PERSONAL SERVICE

03467-0009 259326.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1609 James M. Wood Boulevard, 2nd Floor, Los Angeles, California 90015.

On June 12, 2014, I served the within document(s) described as:

1.  DEFENDANTS THE KROGER COMPANY'S AND RALPHS GROCERY COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO STRIKE ALLEGATIONS.

2.  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND TO STRIKE ALLEGATIONS.

3.  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STRIKE ALLEGATIONS.

4.  DECLARATION OF SUSAN SCHERER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STRIKE ALLEGATIONS.

5.  DECLARATION OF JACOB M. HARPER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STRIKE ALLEGATIONS.

on each interested party in this action as stated below:

| | |
|---|---|
| Christopher P. Ridout, Esq.<br>Caleb Marker, Esq.<br>Ridout Lyon Ottoson LLP<br>555 East Ocean Boulevard, Suite 500<br>Long Beach, CA  90802<br>Telephone:  (562) 216-7380<br>Fax:            (562) 216-7385<br>c.ridout@rlollp.com<br>c.marker@rlollp.com | Shafiel A. Karim. Esq.<br>Law Offices of<br>Shafiel A. Karim<br>13337 South Street, Unit 16<br>Cerritos, CA  90703<br>Telephone:  (562) 716-0179<br>Fax:            (562) 204-0688<br>shafiel@skarimlaw.com |

[X]  (BY PERSONAL SERVICE) I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the offices of above addressee(s).

I certify that I have made this service at the direction of a member of the bar of this Court.

**TroyGould PC**

PROOF OF PERSONAL SERVICE

03467-0009 259326.1

1  Executed on June 12, 2014, at Los Angeles, California.

2  I declare under penalty of perjury that the foregoing is true and correct.

3  _IRAJ FAKHROO_____     _[signature]_____
4  (Type or print name)                              (Signature)

TroyGould
PC

PROOF OF PERSONAL SERVICE